AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JULIO BORGES BARRERO, | ) | Case No. |
| | ) | 22-5003-SNOW |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 23, 2022_____ in the county of _____Monroe_____ in the _____Southern_____ District of _____Florida and elsewhere_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) | Encouraging or Inducing an Alien to Enter the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Crystal Becker Special Agent, HSI
_____
*Printed name and title*

Sworn to before me telephonically.

Date:  January 26, 2022

_____
*Judge's signature*

City and state:  Key West, Florida

Lurana S. Snow, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Crystal Becker, being duly sworn, do depose and say:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), in Key West, Florida, and have been so employed since July 2019.  As an HSI special agent, I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security, including violations of the immigration and customs laws of the United States. Prior to my employment with HSI, I was employed as a United States Border Patrol Agent from 2015 through 2019.  I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program, and the Border Patrol Agent Basic Training Program at Federal Law Enforcement Training Centers in Glynco, GA and Artesia, NM. These academies consisted of comprehensive training in multiple disciplines including proper investigative techniques and the application and execution of search, arrest, and seizure warrants for violations of federal laws, including, but not limited to, violations of the Immigration and Nationality Act.

2.      I submit this Affidavit in support of a criminal complaint against Julio BORGES BARRERO (BORGES BARRERO) because there is probable cause to believe that he did encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

3.      The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other State and Federal law enforcement officers and agents, and upon facts and

information from the following sources I believe to be reliable: oral and written reports pertaining to this investigation which I received directly from United States Coast Guard personnel, Customs and Border Protection (CBP) Air and Marine Operation (AMO) Agents, interviews, and investigative database sources. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or other law enforcement officers or agents involved in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

**<u>PROBABLE CAUSE</u>**

4.      On or about January 23, 2022, at approximately 4:30 A.M., a United States Coast Guard (USCG) Cutter on patrol observed what appeared to be an overloaded center console vessel (SUSPECT VESSEL), with twin outboard engines, approximately twenty-eight (28) feet in length. The SUSPECT VESSEL was operating approximately eleven (11) nautical miles southeast of Marathon, Florida, inside the territorial waters of the United States, and traveling toward the United States. The USCG intercepted the SUSPECT VESSEL at this location. The SUSPECT VESSEL initially disregarded orders to heave but eventually complied. A total of twenty-seven (27) Cuban nationals (eighteen (18) adult males and nine (9) adult females) were encountered onboard the SUSPECT VESSEL.

5.      Records checks of immigration databases revealed that all twenty-seven (27) of the passengers on the SUSPECT VESSEL were Cuban nationals who did not have legal status in the United States. Further, none of them had lawful permission to enter the United States on or about January 23, 2022. The captain of the SUSPECT VESSEL was identified as Julio BORGES BARRERO.

6.      Record checks of Driver and Vehicle Information Database ("DAVID") identified the SUSPECT VESSEL as United States flagged, Hull Identification Number (HIN) PLCSJ018J596, and was a 1996 Proline center console, 28' in length, with two (2) Yahama 250 horsepower outboard motors. The SUSPECT VESSEL contained five (5) mostly empty fuel containers, one (1) Garmin GPS unit (affixed to the center console), miscellaneous food items and beverages, as well as twelve (12) life jackets.

7.      Further investigation revealed that on or about January 23, 2022, at approximately 8:54 P.M., Sergio ORTEGA SANCHEZ, registered owner of the SUSPECT VESSEL, placed a call to Monroe County Sheriff's Office (MCSO) to report BORGES BARRERO missing. ORTEGA SANCHEZ reported BORGES BARRERO had launched from Black Point Marina in Homestead, Florida at approximately 4:00 P.M. on January 21, 2022 to fish near the Florida Keys on a 28-foot vessel.   BORGES BARRERO also provided a phone number for BORGES BARRERO.

8.      On or about January 23, 2022, law enforcement conducted an inventory of the SUSPECT VESSEL at the USCG Station in Marathon, Florida.  On the affixed Garmin GPS unit, law enforcement observed an initial waypoint near Homestead, Florida on January 21, 2022 at approximately 9:10 P.M., a secondary waypoint near Cayos de las Cinco Leguas, Cuba on January 22, 2022 at approximately 4:40 A.M., and third waypoint near the coast of Marathon, Florida on January 23, 2022 at approximately 4:25 A.M.

9.      On or about January 24, 2022, law enforcement interviewed BORGES BARRERO at the United States Border Patrol ("USBP") station in Marathon, Florida.  Investigators advised BORGES BARRERO of his *Miranda* rights in Spanish.  BORGES BARRERO indicated he understood and agreed to waive his rights and speak with investigators in an audio recorded

3

interview.  BORGES BARRERO made statements acknowledging he received a call from his father-in-law on Friday night (January 21, 2022) asking BORGES BARRERO to travel to Cuba to pick up several individuals to include his father-in-law, brother, and family friends.  BORGES BARRERO knew the additional Cuban nationals that were apprehended with him aboard the SUSPECT VESSEL would be awaiting pick-up as his father-in-law disclosed this information to him on the phone.  BORGES BARRERO was informed that his father-in-law and additional Cuban Nationals had been on Cay Sal, Bahamas for two days.  BORGES BARRERO confirmed he asked his friend "Sergio" referring to ORTEGA SANCHEZ, to borrow his boat to go fishing.  BORGES BARRERO further admitted the fishing trip was a cover story and he had borrowed his girlfriend's fishing license, as well as ORTEGA SANCHEZ's fishing license.  BORGES BARRERO stated he took food and water to give to the Cuban Nationals when he arrived to pick them up.  BORGES BARRERO stated he had used the Garmin GPS Navigation System that was affixed to the vessel to make the voyage.  BORGES BARRERO claimed he met and hid out with his family and the additional Cuban Nationals on Cay Sal, Bahamas on Saturday (January 22, 2022) and then left toward Marathon, Florida.  BORGES BARRERO admitted that he knew the Cuban Nationals were not permitted to enter the United States and he had planned to drop the Cuban Nationals off in Marathon Florida and inform them to run toward the road once they had landed.  BORGES BARRERO admitted he was nervous when the USCG approached him while operating the vessel and stated he failed to heave initially because he was afraid of what might happen to him or being sent to jail because what he was doing was unlawful.

10.    At approximately 7:45 P.M. on January 25, 2022, immigration officials transferred BORGES BARRERO to the custody of HSI agents. HSI agents arrested BORGES BARRERO for

4

encouraging and inducing an alien to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

11.    Based on the foregoing facts, your Affiant submits there is probable cause that on or about January 23, 2022, Julio BORGES BARRERO did knowingly and willfully encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and would be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

**FURTHER AFFIANT SAYETH NAUGHT.**

Crystal Becker, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me telephonically this ___27th___ day of January, 2022.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 22-5003-SNOW

### <u>BOND RECOMMENDATION</u>

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____
     **AUSA:**


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**<u>OTHER</u>**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___22-5003-SNOW___

UNITED STATES OF AMERICA

vs.

JULIO BORGES BARRERO,

     Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

                      Respectfully submitted,
                      JUAN ANTONIO GONZALEZ
                      UNITED STATES ATTORNEY

BY:    _s/ Daniel Cahill_____
          DANIEL CAHILL
          Special Assistant United States Attorney
          Court ID No. A5502753
          99 N.E. 4th Street
          Miami, FL 33132
          Tel. No. (305) 510-8179
          Fax No. (305) 536-4676
          E-mail: Daniel.Cahill@usdoj.gov